USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
          :
UNITED STATES OF AMERICA,  :
          :
          :
    -v-  :    1:20-cr-127-GHW-1
          :
          :
CHRISTIAN IRIZARRY,  :    ORDER
          :
         Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    The status conference scheduled for December 17, 2021 is adjourned *sine die*.

    SO ORDERED.

Dated:  December 3, 2021
          New York, New York

                                              GREGORY H. WOODS
                                      United States District Judge