**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 24, 2022

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: **United States v. John E. Cabrera**
    **18 Cr. 92 (KPF)**

Honorable Judge Failla:

    I write to respectfully request that the Court temporarily modify Mr. Cabrera's pretrial bail conditions to permit him to travel to Rhode Island from around February 5 to February 7, 2022, to visit his family there.

    I have conferred with AUSA Danielle Sassoon, New Jersey Pretrial Services Officer Luis Baez (the officer where Mr. Cabrera resides), and New York Pretrial Services Officer Lea Harmon, and understand that no party objects to this request. Thank you for your consideration of this modification.

Respectfully submitted,
_____/s/_____
Sarah Baumgartel
Assistant Federal Defender
Tel: (212) 417-8772

cc: Government Counsel (by ECF)

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 125.

Dated:    January 24, 2022          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE